UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| KYLE A. KAZMIERCZAK,            )<br>                                                    )<br>    Plaintiff,                              )<br>                                                    )<br>    v.                                         )       Cause No. 2:22-CV-336-PPS-JEM<br>                                                    )<br>DUANE PARRY, Individually and in his )<br>capacity as Mayor, and CITY OF          )<br>MICHIGAN CITY, INDIANA,              )<br>                                                    )<br>    Defendants. | |

## ORDER

This matter is before the Court on the Parties' Joint Stipulation of Dismissal. [DE 53]. The Parties have informed me that they have resolved all claims in this matter and have requested the Court dismiss all claims with prejudice. [*Id.*]

**ACCORDINGLY**:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties' Joint Stipulation of Dismissal [DE 53] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS** this entire cause and all claims asserted therein **WITH PREJUDICE**. Each party will bear its own attorneys' fees and costs. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

**SO ORDERED** on July 29, 2025.

　　　　　　　　　　　　　　　　　　　　 /s/ Philip P. Simon
　　　　　　　　　　　　　　　　　　　　PHILIP P. SIMON, JUDGE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT